UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NING LI,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID M. RADEL,<br><br>        Defendant. | Case No. 2:25-cv-05283-SB-E<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

  The complaint was filed on June 11, 2025. On June 16, Plaintiff filed a proof of service that demonstrated that he did not properly mail the summons and complaint on the U.S. Attorney General as required by Rule 4. Fed. R. Civ. P. 4(i)(1)(B). After the government did not respond within 90 days, the Court ordered it to state whether it contested service. Dkt. No. 9. The government responded that it did because, while it received the summons and complaint on June 17, the copy of the summons it received did not bear the clerk's signature or the court's seal as required by Rule 4(a)(1). Dkt. No. 10. The government also stated that it informed Plaintiff of this deficiency in a letter dated June 24. Dkt. No. 10-2.[1]

  Plaintiff has not corrected service. He is thus ordered to show cause, in writing, no later than September 16, 2025, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; L.R. 7-15.

  The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service by September 16 showing that

---

[1] Although the government does not raise it as a basis for contesting service, the June 24 letter also states that Plaintiff mailed the summons and complaint to the incorrect address for the Attorney General.

1

Defendant has been properly served. The filing of a proof of service shall result in the automatic discharge of this OSC without further order. The proof of service must demonstrate that the process server sent a conformed copy of the summons and complaint (i.e., bearing a "FILED" stamp on the first page or an imprinted ECF banner across the top of every page) by registered or certified mail to three separate addresses:

(1) to the United States Attorney in this district, who should be served at:

> Civil Process Clerk
> Office of the United States Attorney
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, California 90012

(2) to the Attorney General of the United States at Washington, D.C., who should be served at:

> United States Department of Justice
> Ben Franklin Station
> P.O. Box 683
> Washington, DC 20044

and

(3) to any agency or official whose order is challenged by the complaint.

In addition, the summons document served on the government must contain all the required contents, including the court's seal and clerk's signature. Fed. R. Civ. P. 4(a)(1). Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiff's claims.

Date: August 26, 2025

                                                 Stanley Blumenfeld, Jr.
                                                United States District Judge