JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NING LI,<br><br>　　　Plaintiff,<br><br>v.<br><br>DAVID M. RADEL,<br><br>　　　Defendant. | Case No. 2:25-cv-05283-SB-E<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice for failure to timely serve under Rule 4(m).

　　This is a final judgment.

Date: September 24, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge